## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KENNY HOLMES FLOORING SERVICE, LLC,** | |
| **Plaintiff,** | |
| v. | Case No. 18-cv-27-F |
| **PEERLESS INSURANCE COMPANY,** | |
| **Defendant.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kenny Holmes Flooring Service, LLC ("Plaintiff"), by and through its counsel of record Michael D. McGrew, Robin D. McGrew, and Matthew M. McGrew, and Defendant Peerless Insurance Company, by and through its counsel of record, William W. O'Connor, Jerrick L. Irby, and Margo E. Shipley of Hall, Estill, Hardwick, Gable, Golden, & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

By:  *s/William W. O'Connor*
William W. O'Connor, OBA No. 13200
Jerrick L. Irby, OBA No. 30876
Margo E. Shipley, OBA No. 32118
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
Email: boconnor@hallestill.com
Email: jirby@hallestill.com
Email: mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANT, PEERLESS INSURANCE COMPANY**

-and-

**McGREW, McGREW & ASSOCIATES, P.C.**

*s/Michael D. McGrew**
Michael D. McGrew, OBA No. 13167
Robin D. McGrew, OBA No. 16015
Matthew M. McGrew, OBA No. 32065
400 North Walker, Suite 115
Oklahoma City, OK 73102
Telephone: (405) 235-9909
Facsimile: (405) 235-9929
Email: mcgrewslaw@yahoo.com

**ATTORNEYS FOR PLAINTIFF**

* *Signed by filing attorney with permission of Plaintiff's attorneys.*

3943857.1:003439:00032